UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOHN R.S. DOE**,

     Plaintiff,

vs.

**THE UNIVERSITY OF MICHIGAN**,

and

**THE REGENTS OF THE
UNIVERSITY OF MICHIGAN** (official
capacity only);

     Defendants.

Case No:  21-cv-12500
Hon. Victoria A. Roberts
Mag. Elizabeth A. Stafford

---

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

---

## NOTICE OF APPEARANCE

TO:   Clerk of the Court

PLEASE ENTER THE APPEARANCE of Molly Savage as counsel for

Plaintiff, in the above-entitled cause of action.

Respectfully submitted,

Dated: November 5, 2021             **DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
/s/Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com